IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY ANDERSON,**<br>Petitioner,<br>**v.**<br>**CHRISTIAN PFEIFFER, Warden,**<br>Respondent. | Case No. 4:19-cv-06120-JSW<br>**ORDER** |

Good cause being shown, Respondent's motion to enlarge time to file a response to petitioner's motions is **GRANTED**. Respondent shall file and serve a response on or before **August 5, 2026**.

**IT IS SO ORDERED**.

Dated: 7/20/2026

The Honorable Jeffrey S. White
United States District Judge